27 F.3d 556
 Chobanian (Charles, Norma), Yarina (Eugene), Williams
(Arthur, Barbara), Kino (Peter, Mary), Chobanian
(William, Dolores)
v.
Lifestyle Insurance Service, Inc., Wahl (Dan), Webb (Earl),
Kipp (Win), Jones (Marshall), First Chicago Group, First
Chicago Certificate Corp., Wedgewood Group, Wedgewood
Capital Corporation, Robinson (Andrew), Monzione (Ronald),
Rocco (John), Kohl (Lindsay), Epenschied (Alan), Monzione
(Ronald), Rocco (John)
 NO. 93-3485
 United States Court of Appeals,
Third Circuit.
 May 03, 1994
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.